UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HUGO ESQUEDA,<br><br>Plaintiff,<br><br>v.<br><br>ACCESS LIQUOR, INC. d/b/a DNA LIQUOR and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-01870-AB (RAOx)<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF COMPLAINT WITH PREJUDICE<br><br>Judge: Hon. André Birotte, Jr.<br>Crtrm.: 7B<br><br>[Action Filed: March 7, 2018<br>Trial Date: Not set.] |

## **ORDER**

For good cause shown and pursuant to the joint stipulation of the parties, it is hereby ordered that the entire action, including all claims stated herein, be dismissed with prejudice. All parties to bear their own attorney's fees and costs.

Dated: February 26, 2019

_____
Hon. André Birotte Jr.
District Judge
United States District Court